UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUILLERMO FLORES, JR., ) | Case No. EDCV 11-1150-PA (AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| URIBE, JR. Warden, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 18, 2012

_____
Percy Anderson
United States District Judge